# NEW YORK CITY
# BOARD OF EDUCATION
## INDIVIDUALIZED EDUCATION PROGRAM

**THIS IEP INCLUDES:**
☑ Transition
☐ Individual Service Plan

**CONFERENCE INFORMATION**
CSE Case # 01-12.0-8
Home District 1    Service District 1
Date 3.29.06
Type Annual Review

### STUDENT INFORMATION
Name ▓▓▓▓▓▓▓▓▓▓ NYC ID # 274 4H ○4L Date of Birth 4.15.97 *Age as of the date of the conference Gender Male Age* 9
Address 460 6 45rd ST # 21H New York NY 10002 Grade 3
Phone (216) 982.3250  English LAB __ Year  Spanish LAB __ Year
Language(s) Spoken/Mode of Communication English
Primary Agency with whom student is involved _____ Agency Case # __
Name of Contact _____ Phone _____

### PARENT/GUARDIAN INFORMATION
Name Agnes Torres    Relationship to Student Parent
Address same
Phone (Home) same    Phone (Work) _____   Interpreter Required ☐ Yes ☑ No
Preferred Language/Mode of Communication _____

### SPECIAL MEDICAL/PHYSICAL ALERTS
(Refer to Health & Physical Development Page for additional details.)
The student has ☐ medical conditions and/or ☐ physical limitations which affect his/her ☐ learning ☐ behavior and/or ☐ participation in school activities
The student requires ☐ medication and/or ☐ healthcare treatment(s) or procedure(s) during the school day.
Other alerts: _____

### SUMMARY OF RECOMMENDATIONS
Eligibility ☑ Yes ☐ No
Classification of Disability Emotional Disturbance
Recommended Services Non-Public School - New York League Treatment Center (Greenburger)    Staffing Ratio 12:1:1

Twelve Month School Year ☑ Yes ☐ No  Recommended Services for the Twelve Month School Year
Same as above    Staffing Ratio 12:1:1

**Other Recommendations** (Check all that apply)
☐ Program Accessibility*         ☐ Adaptive Phys. Ed.*   ☐ Bilingual Instruction
☐ Related Services*              ☐ Assistive Technology*  ☐ Monolingual Services with ESL  ☐ Monolingual Services without ESL
☐ Special Education Transportation - Comment _____
                                 Students who are deaf or hard of hearing:
Twelve Month School Year ☐ Yes ☐ No   Language of Instruction _____
Students who are blind or visually impaired:
Braille Instruction needed ☐ Yes ☐ No   Mode of Communication _____

*Details are provided in relevant sections of IEP

Copy for: ☐ CSE ☐ PARENT ☐ SCHOOL ☐ STUDENT ☐ OTHER

Page 1

# CONFERENCE INFORMATION

Student: [redacted]  NYC ID# 274.649.045  CSE# 01-170 81  Date of Conference: 3.24.06

| Referral Type: | ☐ Initial | ☐ Annual Review | Conference Type: | ☐ EPC | ☒ Annual Review |
|---|---|---|---|---|---|
| | ☐ Triennial | ☐ Requested Review | | ☐ CSE Review | ☐ CPSE Review |

## Attendance at Conference

Please note that your signature reflects your participation at the conference and does not necessarily indicate agreement with the Individualized Education Program

| Signature/Title | Role (Indicate if Bilingual) | Signature/Title | Role (Indicate if Bilingual) |
|---|---|---|---|
| [signature] | Parent/Legal Guardian | Katie Uoce (T) | Parent/Legal Guardian |
| | District Representative | Sara Reed (T) | Special Education Teacher or Related Service Provider |
| | General Education Teacher | M. Lautuu (T) | Parent Member (CPSE/CSE) |
| | Student | Tchr Aide | Other |
| [signature] | Education Evaluator | Psychologist | Other |
| | School Psychologist | | Other |
| [signature] | School Social Worker | | Other |

Use an asterisk (*) to signify the participant who interprets the instructional implications of evaluation results.
Use the letter (T) to signify participation by teleconference.

## Conference Result

☐ Initiate Service   ☐ Modify Service   ☐ Change Recommended Service   ☒ No Change

Indicate Modifications: _____

## Initiation, Duration and Review of IEP

Projected Date of Initiation of IEP: 7/06   Projected Date of Review of IEP: 6/07

Duration of Services: 1 yr

## Contacts with Parent/Legal Guardian

Date Notice of Meeting Sent: 3/06   Date IEP and Notice of Recommendation
Date of Follow-up (if any): _____   ☐ Given to Parent
Type of Follow-up:  ☐ Letter   ☐ Telephone   ☒ Sent to Parent  3/06

Page 2

Student ▮▮▮  NYC ID# 274649045  Date of Conference 3-24-06

CSE Case# 01-17081

# ACADEMIC PERFORMANCE AND LEARNING CHARACTERISTICS

Describe the student's present levels of academic achievement, language development, cognitive development and learning style in English and the other than English language for LEP students. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

PRESENT PERFORMANCE:

Due to his inappropriate behaviors in the classroom, ▮▮▮ has not made a significant amount of academic progress during the past year. His teacher reports that he has a short attention span and is often easily distracted in the classroom. Due to the frequency of his inappropriate behaviors, ▮▮▮ is often removed from his classroom and placed in an alternative classroom. ▮▮▮ also gets frustrated easily while completing his academic assignments. He will often skip through tasks that he feels are too difficult or that require too much effort to complete.

................................................................................................................................................................

### Reading And Writing

| Area | Date | Test/Evaluation | Score | Instructional Level |
|---|---|---|---|---|
| Decoding | 4/11/05 | WJIII | | Kindergarten |
| Reading Comprehension | 4/11/05 | WJIII | | Kindergarten, 7th month |
| Listening Comprehension | 4/11/05 | WJIII | | Kindergarten, 3rd month |
| Writing | 4/11/05 | WJIII | | 1.2 GE |

### Math

| Area | Date | Test/Evaluation | Score | Instructional Level |
|---|---|---|---|---|
| Computation | 4/11/05 | WJIII | | 1.0 GE |
| Problem Solving | 4/11/05 | WJIII | | Kindergarten, 7th month |

## ACADEMIC MANAGEMENT NEEDS
( Environmental modifications and human/material resources )

▮▮▮ requires a small structured class with close supervision within a 24 hour behavioral/residential program. He requires a structured and consistent environment to be successful both behaviorally and academically. Language skills will be addressed across all settings (classroom and residence).

Copy For :  CSE ___  PARENT ___  SCHOOL ___  STUDENT ___  OTHER ___

Page 3

Student ▮  NYC ID# 274649045  Date of Conference 3-24-06
CSE Case# 01-17081

# Social/Emotional Performance

Describe the student's strengths and weaknesses in the area of social and emotional development in English and the other than English language for LEP students. Consider the degree and quality of the student's relationships with peers and adults, feelings about self and social adjustment to school and community environments. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

**Present Performance:**

▮ continues to exhibit impulsive behaviors. He will often have unexpected outbursts. ▮ has trouble accepting directions from staff, especially when staff members tell ▮ to continue working on his academics. He continues to show that he has a poor sense of boundaries when interacting with others. ▮ makes severe threats of violence and shows that he lacks a real sense of empathy.

## Behavior And The Instructional Process

☐ Behavior is age appropriate

☐ Behavior does not seriously interfere with instruction AND
☐ Can be addressed by General Education OR
☐ Can be addressed by special education teacher

☐ Behavior seriously interferes with instruction and requires additional adult support.

☒ Behavior requires highly intensive supervision.

Describe the present levels of support including personnel responsible for providing behavioral support.

▮ program will be supervised by a psychologist and closely monitored by a case manager. He will receive 24 hour supervision from educational and residential staff. The same behavioral objectives are addressed at the residence and the school. All of JRC's staff are trained in physical crisis management procedures if needed in an emergency situation. JRC employs court authorized Level III interventions to include the GED (Graduated Electronic Decelerator) and Mvmt Limitation to treat major behaviors including aggression, destruction, major disruptive, health dangerous, and noncompliant behaviors. JRC also employs Alternative Educational Strategies which includes a progression of classroom and residential environmental moves depending upon ▮ behavioral progress. ▮ requires a 1-1 crisis management paraprofessional aide 16 hours/7 days to include weekends.

## Social Emotional Management Needs
Environmental modifications and human/material resources

▮ requires a 24 hour 12 month residential service in a highly structured behavior modification program. Due to his dangerous behavior and cognitive delays, it is necessary for him to require constant supervision. ▮ requires a 1-1 crisis mgmt. paraprofessional aide 16 hours/7 days to include weekends and holidays to ensure his safety and the safety of others. JRC recommends that ▮ receives no more than two incoming phone calls/week for therapeutic reasons, unless otherwise specified in her treatment program. Calls to/from Clergy/SW/and/or Attorney will only be contingent upon safety and will not be monitored for any reason.

A behavior intervention plan has been developed. ☒ Yes ☐ No

Copy For: CSE ___ PARENT ___ SCHOOL ___ STUDENT ___ OTHER ___

Page 4

| Student | NYC ID# 274649045 | Date of Conference 5/2/08 |
|---|---|---|
| | | CSE Case# 01-17081 |

# Health And Physical Development

Describe the student's health and physical development including the degree or quality of the student's motor and sensory development, health, vitality and physical skills or limitations which pertain to the learning process, behavior and participation in physical education or other school activities. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

## Present Health Status And Physical Development:

Asthma.
Wears Glasses.

### Medical/Health Care Needs

During the school day, the student requires:

Oral medication ☐ Yes ☒ No

(If yes, functionally describe the condition for which medication is required.)

Treatment(s) or other health procedure(s) ☐ Yes ☒ No
(If yes, functionally describe the condition for which treatments(s) or procedure(s) are required.)

Health as a related service ☐ Yes ☒ No
(If yes, specify in related service recommendations.)

### Physical Needs

The student: ☐ does ☒ does not have mobility limitations

(If yes, functionally describe the limitation(s).)

| | | |
|---|---|---|
| Accessible program | ☐ yes | ☐ no |
| Adaptive physical education if yes indicate staffing ratio: [  ] | ☐ yes | ☐ no |
| Assistive technology device(s) | ☐ yes | ☐ no |
| Assistive technology service(s) | ☐ yes | ☐ no |

(If assistive technology device(s) or service(s) are required, specify in management needs)

## Health/Physical Management Needs

(Environment modifications, human/material resources or specialized equipment)

No physical needs at this time.

Copy For: CSE___ PARENT___ SCHOOL___ STUDENT___ OTHER___

Page 5

Student: ███  NYC ID # 274649045  Date of Conference 1-2?-06  CSE Case# 01-1708-1

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES
There will be 4 reports of progress this school year.

## ANNUAL GOAL:
███ will increase his socially appropriate behaviors while decreasing his socially inappropriate behaviors.

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other:

### SHORT-TERM OBJECTIVES:
1. Will exhibit no more than a median of 26 aggressive behaviors per week.
2. Will exhibit no more than a median of 10 destructive behaviors per week.
3. Will exhibit no more than a median of 4 health dangerous behaviors per week.
4. Will exhibit no more than a median of 40 major disruptive behaviors per week.
5. Will exhibit no more than a median of 45 noncompliant behaviors per week.
6. Will exhibit no more than a median of 100 inappropriate verbal behaviors per week.
7. Will exhibit no more than a median of 10 educationally and socially interfering behaviors per week.

## ANNUAL GOAL:
███ will increase his reading, writing and comprehension skills by participating in a 2nd grade English curriculum.

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other:

### SHORT-TERM OBJECTIVES:
1. Using the JRC Spelling computer program, ███ will master a curriculum of graded spelling words appropriate to his current spelling level.
2. Will complete repeated reading exercises with teacher selected material appropriate to his level with 100% accuracy and fluency.
3. Will learn to write a friendly letter.
4. Will develop language skills such as appropriate pace, tone, eye contact and enunciation of words.
5. Will master lessons in a handwriting curriculum.

**METHODS OF MEASUREMENT**
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio(s)
5. Teacher/Provider Observations
6. Performance Assessment Task
7. Check Lists
8. Verbal Explanation
9. Other (Specify)

**EXPLANATION OF CODING SYSTEM**
REPORT OF PROGRESS
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made; goal not yet met
5. Goal met

PROGRESS TOWARD GOAL
A. Anticipate meeting goal
B. Do not anticipate meeting goal (Note reason)
C. Goal met

REASONS FOR NOT MEETING GOAL
1. More time needed
2. Excessive absence or lateness
3. Assignments not completed
4. Other (Specify)

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|

Use a Y (Yes) or N (No) in the appropriate column.

While a review of your child's educational program occurs every year please be advised that you have a right to request a review of your child's program at any time.

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP.

For students who are not anticipated to meet their annual goals and/or promotion criteria: We recommend that the IEP Team be reconvened: _____

Copy For:  CSE ____  PARENT ____  SCHOOL ____  STUDENT ____  OTHER ____

Page 6.1

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES

Student: ▇▇▇   NYC ID # 274649045   Date of Conference 2-22-05   CSE Case# 01-17081

There will be **4** reports of progress this school year.

## ANNUAL GOAL:
▇▇▇ will develop and demonstrate an improvement in the critical skills for math computation, concepts, and problem solving by participating in a 2nd grade Math course.

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:
1. Using JRC's Math Facts computer program, ▇▇▇ will subtract without borrowing, through problems presented both horizontally and vertically.
2. Using Dollars and Cents software, ▇▇▇ will be able to match single coins and bills to their names and values in written form.
3. Using JRC's Learning to Tell Time computer program, ▇▇▇ will be able to select a given time, either on the hour, half hour or quarter hour on an analog or digital clock.

## ANNUAL GOAL:
▇▇▇ will ▇▇ communities in the United States by participating in a 2nd grade History course.

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:
1. Will learn about Native American prior to the arrival of the Europeans.
2. Will learn about the rights and responsibilities of the citizens of a community.

---

**METHODS OF MEASUREMENT**
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio(s)
5. Teacher/Provider Observations
6. Performance Assessment Task
7. Check Lists
8. Verbal Explanation
9. Other (Specify) _____

**EXPLANATION OF CODING SYSTEM**
**REPORT OF PROGRESS**
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made; goal not yet met
5. Goal met

**PROGRESS TOWARD GOAL**
A. Anticipate meeting goal
B. Do not anticipate meeting goal (Note reason)
C. Goal met

**REASONS FOR NOT MEETING GOAL**
1. More time needed
2. Excessive absence or lateness
3. Assignments not completed
4. Other (Specify)

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Use a Y (Yes) or N (No) in the appropriate column.

*While a review of your child's educational program occurs every year please be advised that you have a right to request a review of the IEP.*

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP.
For students who are not anticipated to meet their annual goals and/or promotion criteria: We recommend that the IEP Team be reconvened: _____

Copy For:   CSE ___   PARENT ___   SCHOOL ___   STUDENT ___   OTHER ___

Page 6.2

Student: ▇▇▇▇  NYC ID # 274649045  Date of Conference 3-24-08

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES CSE Case# 01-17081

**ANNUAL GOAL:** There will be 4 reports of progress this school year.

▇▇ will participate in a 2nd grade science course.

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

## SHORT-TERM OBJECTIVES:

1. Will learn the patterns of seasonal changes.
2. Will observe and describe the appearance of materials using the appropriate tools.
3. Will describe the functions of plants and animals.
4. Will describe the variations between living and nonliving things.

**ANNUAL GOAL:**

▇▇ will participate in physical education classes

| PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

## SHORT-TERM OBJECTIVES:

1. Will increase his cardiovascular endurance by exercising on a piece of aerobic equipment for no less than 20 minutes.
2. Will successfully engage in selected games, following rules and sportsmanship.

**METHODS OF MEASUREMENT**
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio(s)
5. Teacher/Provider Observations
6. Performance Assessment Task
7. Check Lists
8. Verbal Explanation
9. Other (Specify)

**EXPLANATION OF CODING SYSTEM**
**REPORT OF PROGRESS**
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made; goal not yet met
5. Goal met

**PROGRESS TOWARD GOAL**
A. Anticipates meeting goal
B. Do not anticipate meeting goal (Note reason)
C. Goal met

**REASONS FOR NOT MEETING GOAL**
1. More time needed
2. Excessive absence or lateness
3. Assignments not completed
4. Other(Specify) _____

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Use a Y (Yes) or N (No) in the appropriate column.

*While a review of your child's educational program occurs every year please be advised that you have a right to request a review of your child's program at any time.*

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP:

For students who are not anticipated to meet their annual goals and/or promotion criteria: We recommend that the IEP Team be reconvened:

Copy For  CSE ____  PARENT ____  SCHOOL ____  STUDENT ____  OTHER ____

Page 6.3

Student: [redacted]

Date of Conference [redacted]
NYC ID# 274649045
CSE Case# 01-17081

# SCHOOL ENVIRONMENT AND SERVICE RECOMMENDATIONS

## GENERAL EDUCATION ENVIRONMENT

| Area of Instruction | Language(s) or Communication mode | Periods per week | Supplementary Aids and Service | Program Modifications and Supports for School Personnel |
|---|---|---|---|---|

## SPECIAL CLASS ENVIRONMENT

| Area of Instruction | Language(s) or Communication mode | Periods per week | Special Class and Staffing Ratio | Supports | Reasons for Non-Participation in General Education Environment |
|---|---|---|---|---|---|
| All | English | All | 12:1:1 | 24 HOUR RESIDENTIAL PROGRAM FOR ACADEMIC AND SOCIAL/EMOTIONAL NEED<br><br>1-1 Paraprofessional Aide 16hrs/7 days | [redacted] behavior interferes with academic progress in a regular education classroom. He requires instruction in a separate placement. Therefore [redacted] will not participate in general education classes with non-disabled peers and will not participate in outside activities with students without disabilities while at JRC |

Copy For:   CSE ___   PARENT ___   SCHOOL ___   STUDENT ___   OTHER ___

Student: ▓▓▓▓▓  NYC ID# 274.645.045  CSE # 01.1708L  Date of Conference 3.21.6

# OTHER PROGRAMS/SERVICES CONSIDERED AND REASONS FOR REJECTION

Provide an explanation of the programs/services considered and the reason for rejection. Specify why the student can not achieve the goals of his/her IEP within a general education program with the assistance of supplementary aids and services.

Special Class in a Community School

Special Class in a Special School — The program cannot be implemented to meet the services needs of the student in order to achieve goals.

Non-Public — too restrictive at this time

Second Language Instruction: If the student is exempt from second language instruction, explain why:

# PARTICIPATION IN SCHOOL ACTIVITIES, RELATED SERVICE RECOMMENDATIONS AND PARTICIPATIONS IN ASSESSMENTS

## PARTICIPATION IN SCHOOL ACTIVITIES

If the student cannot participate in lunch, assemblies, trips and/or other school activities with non-disabled students, indicate the activity and reason(s) for non-participation. _____ behavior interferes with academic progress in a regular education classroom. He requires instruction in a separate placement. Therefore, _____ will not participate in general education classes with non-disabled peers and will not participate in outside activities with students without disabilities while at JRC.

| Status* | Related Service | Language of service | Location** | Session/week | Duration | Group size |
|---|---|---|---|---|---|---|
| C | Crisis Management Para | English | Separate Location | 7 days | 16 hrs. | 1 |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |

* Indicate status of recommendation: Initiate; Continue; Modify; or Terminate   ** Indicate whether service is provided outside the general education classroom

## PARTICIPATION IN ASSESSMENTS

☒ The student WILL PARTICIPATE in state and local assessments.   ☐ The student will participate in Alternative Assessment.

☐ Without Accommodations   ☒ With Accommodations   Reason for participation in Alternative Assessment:

Describe accommodations, if any that will be used consistently throughout the student's educational program:

Extended Time (double)   In addition to Alternative Assessment, describe how the student will be assessed:
Separate Location
Directions/Questions read and re-read

Promotion   ☒ Standard Criteria   ☐ Modified Criteria*   Promotion   *Describe the modified promotion criteria

Copy For:   CSE ___   PARENT ___   SCHOOL ___   STUDENT ___   OTHER ___

Student: ▇  NYC ID# 274649045  Date of Conference 3-24-06

CSE Case# 01-17081  DATE OF PLAN 3-24-06

# BEHAVIOR INTERVENTION PLAN

## DESCRIBE THE BEHAVIOR(S) THAT INTERFERE(S) WITH LEARNING

The behaviors that interfere most with ▇'s learning are: aggressive, health dangerous, noncompliance, major disruptive, educationally and socially interfering, and inappropriate verbal behaviors.

## WHAT BEHAVIOR CHANGES ARE EXPECTED?

▇ will receive supervision 24 hours per day from educational and residential staff. The behavior changes that are expected is a deceleration of all problematic behaviors to a low median. JRC expects to bring inappropriate behaviors to such a low level that he can benefit from educational activities, participate in community activities, and function in an appropriate social manner with peers and authority figures.

## WHAT STRATEGIES ARE GOING TO BE TRIED TO CHANGE THE BEHAVIOR?

The strategies employed at JRC are as follows: DRO (behavioral contracts) in which ▇ earns highly preferred rewards for meeting a behavioral criteria, verbal praise, token reinforcer/point system, a large reward/arcade lounge, field trips/field day, social opportunities, opportunity for an in-school job, and an independence level system. JRC also employs Alternative Learning Strategies which includes a progression of classroom and residential environmental moves depending upon behavioral progress.

## WHAT SUPPORTS WILL BE EMPLOYED TO HELP THE STUDENT CHANGE THE BEHAVIOR?

▇ program will be supervised by a psychologist and will be closely monitored by a case manager. He will receive supervision 24 hours per day from educational and residential staff. JRC's staff is trained in physical crisis management procedures, if needed in an emergency situation. JRC employs court authorized Level III interventions, to include the GED (Graduated Electronic Decelerator) and Movement Limitation to treat ▇'s major inappropriate behaviors including aggression, destruction, major disruptive, health dangerous, and noncompliant behaviors. ▇ needs a 1-1 crisis management paraprofessional aide 16 hours/7 days to include weekends and holidays to ensure his safety and the safety of

Copy For:  CSE ☐  PARENT ☐  SCHOOL ☐  STUDENT ☐  OTHER ☐