# NEW YORK CITY
# BOARD OF EDUCATION
## INDIVIDUALIZED EDUCATION PROGRAM

**THIS IEP INCLUDES:**
- ☐ Transition
- ☐ Interim Service Plan

**CONFERENCE INFORMATION**
- CSE Case#: 16-12245
- Home District: 03
- Service District: 03
- Date: 2/16/2006
- Type: CSE REVIEW

## STUDENT INFORMATION
- Name: [redacted]
- NYC ID#: 264-657-172
- Date of Birth: 2/23/1992
- Gender: MALE
- Age*: 14 YEARS 0 MONTHS
- Address: 221 WEST 121ST STREET APT.1E NEW YORK, NY 10027
- Phone: (212) 662-7643
- English LAB: Year
- Spanish LAB: Year
- Grade:
- Language(s) Spoken/Mode of Communication: ENGLISH
- Primary Agency with whom student is involved:
- Name of Contact:
- Agency Case #:

*Age as of the date of the conference.

## PARENT/GUARDIAN INFORMATION
- Name: VICTORINE STEWART
- Relationship to Student: MOTHER
- Address: 221 WEST 121ST STREET APT.1E NEW YORK, NY 10027
- Phone (Home): (212) 662-7643
- Phone (Work):
- Preferred Language/Mode of Communication: ENGLISH
- Interpreter Required: ☐ Yes ☒ No

## SPECIAL MEDICAL/PHYSICAL ALERTS
(Refer to Health & Physical Development Page for additional details.)

The student has ☐ medical conditions and/or ☐ physical limitations which affect his/her ☐ learning ☐ behavior and/or ☐ participation in school activities.

The student requires ☐ medication and/or ☐ health care treatment(s) or procedure(s) during the school day.

Other alerts: HISTORY OF SEIZURES

## SUMMARY OF RECOMMENDATIONS
Eligibility: ☒ Yes ☐ No   Classification of Disability: EMOTIONAL DISTURBANCE

**Recommended Services:**
NYS APPROVED NON-PUBLIC SCHOOL - RESIDENTIAL JUDGE ROTENBERG CENTER                Staffing Ratio 12:1:1

Twelve Month School Year: ☒ Yes ☐ No   Recommended Services for the Twelve Month School Year
NYS APPROVED NON-PUBLIC SCHOOL - RESIDENTIAL JUDGE ROTENBERG CENTER                Staffing Ratio 12:1:1

*Details are provided in relevant sections of IEP.

**Other Recommendations** (Check all that apply)
- ☐ Program Accessibility*
- ☐ Adaptive Phys. Ed.*
- ☐ Bilingual Instruction
- ☐ Related Services*
- ☐ Assistive Technology*
- ☐ Monolingual Services with ESL
- ☐ Special Education Transportation - Comment
- ☐ Monolingual Services without ESL

Students who are blind or visually impaired:
Braille instruction needed ☐ Yes ☒ No

Students who are deaf or hard of hearing:
Language of Instruction
Mode of Communication

Copy for: ☐ CSE ☐ PARENT ☐ SCHOOL ☐ STUDENT ☐ OTHER

Student: [redacted]  NYC ID# 264-657-172  CSE# 16-12246  Date of Conference 2/16/2006

# CONFERENCE INFORMATION

| Referral Type: | ☒ Initial ☐ Annual Review ☐ EPC ☐ Annual Review |
| --- | --- |
| | ☐ Triennial ☐ Requested Review ☒ CSE Review ☐ CPSE Review |

| Conference Type | | |
| --- | --- | --- |

## Attendance at Conference

Please note that your signature reflects your participation at the conference and does not necessarily indicate agreement with the Individualized Education Program.

| Signature/Title | Role (Indicate if Bilingual) | Signature/Title | Role (Indicate if Bilingual) |
| --- | --- | --- | --- |
| *[signature]* | Parent/Legal Guardian | | Parent/Legal Guardian |
| | District Representative | | Special Education Teacher or Related Service Provider |
| *[signature] R. Galberg* | General Education Teacher | *S. [illegible]* (*) | Parent Member (CPSE/CSE) |
| | Student | *A. Gurin* (*) | Other |
| | Education Evaluator | *[signature]* | Other |
| | School Psychologist | *[signature]* | Other |
| | School Social Worker | | Other |

Use an asterisk (*) to signify the participant who interprets the instructional implications of evaluation results.
Use the letter (T) to signify participation by teleconference.

## Conference Result

| Indicate Modifications: | ☐ Initiate Service | ☐ Modify Service | ☐ Change Recommended Service | ☒ No Change |
| --- | --- | --- | --- | --- |

## Initiation, Duration and Review of IEP

| Projected Date of Initiation of IEP | 2/16/2006 | Projected Date of Review of IEP | 2/16/2007 |
| --- | --- | --- | --- |

Duration of Services  ONE YEAR

## Contacts with Parent/Legal Guardian

| Date Notice of Meeting Sent | 1/25/2006 | Date IEP and Notice of Recommendation | |
| --- | --- | --- | --- |
| Date of Follow-up (if any) | | ☐ Given to Parent | |
| Type of Follow-up | ☐ Letter ☐ Telephone | ☒ Sent to Parent | 2/16/2006 |

# ACADEMIC PERFORMANCE AND LEARNING CHARACTERISTICS

Describe the student's present levels of academic achievement, language development, cognitive development and learning style in English and the other than English language for LEP students. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

**PRESENT PERFORMANCE:**

▓ has made good academic progress during the past IEP period. ▓ is a bright student who is consistently motivated to complete daily assignments. He is able to remain on task throughout the academic day and takes great pride in his academic accomplishments. ▓ is an active participant in group lessons and frequently volunteers to read aloud to the class. ▓ was administered the Woodcock-Johnson Tests of Achievement on 03/02/2005. In addition to the scores located below, his academic fluency was a 2.5 grade equivalency.

### Reading And Writing

| Area | Date | Test/Evaluation | Score | Instructional Level |
|---|---|---|---|---|
| Decoding | 03/02/05 | WJIII | | 2.8 GE |
| Reading Comprehension | 03/02/05 | WJIII | | 2.0 GE |
| Listening Comprehension | 03/02/05 | WJIII | | 2.2 GE |
| Writing | 03/02/05 | WJIII | | 2.8 GE |

### Math

| Area | Date | Test/Evaluation | Score | Instructional Level |
|---|---|---|---|---|
| Computation | 03/02/05 | WJIII | | 3.1 GE |
| Problem Solving | 03/02/05 | WJIII | | 2.6 GE |

**ACADEMIC MANAGEMENT NEEDS**
(Environmental modifications and human/material resources)

▓ requires a small, structured class with close supervision within a 24 hour behavioral/residential program. He requires a structured and consistent environment to be successful both behaviorally and academically. ▓ needs to improve upon all areas of his academics.

Copy For: CSE___ PARENT___ SCHOOL___ STUDENT___ OTHER___

# Social/Emotional Performance

Describe the student's strengths and weaknesses in the area of social and emotional development in English and the other than English language for LEP students. Consider the degree and quality of the student's relationships with peers and adults, feelings about self and social adjustment to school and community environments. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

## Present Performance:

▓ is a happy 13 year old boy who loves positive attention. ▓ exhibits good communication skills with others and has learned to use his manners. ▓ continues to exhibit occasional dangerous behaviors. ▓ has demonstrated the ability to go extended periods of time exhibiting no major inappropriate behaviors, however ▓'s inappropriate behaviors usually come in episodic bursts which have lasted up to several weeks in duration. ▓ enjoys positive attention and will often seek approval from staff.

## Behavior And The Instructional Process

☐ Behavior is age appropriate.

☐ Behavior does not seriously interfere with instruction AND
☐ Can be addressed by General Education OR
☐ Can be addressed by special education teacher
☐ Behavior seriously interferes with instruction and requires additional adult support.
☒ Behavior requires highly intensive supervision.

Describe the present levels of support including personnel responsible for providing behavioral support.

▓'s program is supervised by a psychologist and closely monitored by a case manager. He receives 24 hour supervision from educational and residential staff. The same behavioral objectives will be addressed at the residence and the school. JRC employs court authorized Level III interventions to include the GED (Graduated Electronic Decelerator) and Movement Limitation to treat ▓'s major inappropriate behaviors including aggression, destruction, major disruptive, health dangerous and noncompliant behaviors. JRC also employs Alternative Learning Strategies, which includes a progression of classroom and residential environmental moves depending upon ▓'s behavioral progress.

## Social Emotional Management Needs

Environmental modifications and human/material resources

▓ requires 24hr/12 math residential service in a highly structured behavior modification program. Due to his dangerous behavior, it is necessary for him to require constant supervision. JRC recommends that ▓ receives no more than 2 incoming phone calls/wk. Outgoing calls will be contingent upon behavior for therapeutic reasons and will be earned as rewards as part of his beh. treatment. It may be necessary for JRC Staff to monitor a phone call for safety reasons. Calls to/from Clergy, SW, and/or Attorney will only be contingent upon safety and will not be monitored for any reason.

A behavior intervention plan has been developed: ☒ Yes ☐ No

Copy For: CSE___ PARENT___ SCHOOL___ STUDENT___ OTHER___

# Health And Physical Development

CSE Case# 16-12246

Describe the student's health and physical development including the degree or quality of the student's motor and sensory development, health, vitality and physical skills or limitations which pertain to the learning process, behavior and participation in physical education or other school activities. Discuss how the student's disability affects his/her involvement and progress in the general curriculum or, for preschool students, as appropriate, how the student's disability affects participation in appropriate activities.

## Present Health Status And Physical Development:

History of Seizures

_____
_____
_____
_____

## Medical/Health Care Needs

During the school day, the student requires:

Oral medication: ☐ Yes ☒ No

(If yes, functionally describe the condition for which medication is required.)

_____

Treatment(s) or other health procedure(s) ☐ Yes ☒ No
(If yes, functionally describe the condition for which treatments(s) or procedure(s) are required.)

_____

Health as a related service ☐ Yes ☒ No
(If yes, specify in related service recommendations.)

## Physical Needs

The student: ☐ does ☒ does not have mobility limitations

(If yes, functionally describe the limitation(s).)

_____

Accessible program ☐ yes ☒ no

Adaptive physical education ☐ yes ☒ no
If yes indicate staffing ratio: [    ]

Assistive technology device(s) ☐ yes ☒ no

Assistive technology service(s) ☐ yes ☒ no

(If assistive technology device(s) or service(s) are required, specify in management needs)

## Health/Physical Management Needs

(Environment modifications, human/material resources or specialized equipment)

___ has no physical abnormalities that would impede his learning.

_____
_____

Copy For:   CSE ___   PARENT ___   SCHOOL ___   STUDENT ___   OTHER ___

Page 5

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES   CSE Case# 16-12246

reports of progress this school year.

There will be _____

| ANNUAL GOAL: | PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|---|
| Will increase appropriate behaviors while decreasing socially inappropriate behaviors. | Methods of Measurement | | | | | | | | | |
| | Report of Progress | | | | | | | | | |
| | Progress Toward Annual Goal | | | | | | | | | |
| | Reasons for not Meeting Annual Goal | | | | | | | | | |
| | Other: | | | | | | | | | |

## SHORT-TERM OBJECTIVES:

1. Will reduce the frequency of aggressive behaviors to a median of 0 per week.
2. Will reduce the frequency of destructive behaviors to a median of 0 per week.
3. Will reduce the frequency of health dangerous behaviors to a median of 0 per week.
4. Will reduce the frequency of major disruptive behaviors to a median of 0 per week.
5. Will reduce the frequency of noncompliant behaviors to a median of 0 per week.
6. Will reduce the frequency of inappropriate verbal behaviors to a median of 2 per week.
7. Will reduce the frequency of educationally and socially interfering behaviors to a median of 0 per week.

| ANNUAL GOAL: | PROGRESS | Date Mon/Yr | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|---|
| ___ will improve his reading, writing and spelling skills. | Methods of Measurement | | | | | | | | | |
| | Report of Progress | | | | | | | | | |
| | Progress Toward Annual Goal | | | | | | | | | |
| | Reasons for not Meeting Annual Goal | | | | | | | | | |
| | Other: | | | | | | | | | |

## SHORT-TERM OBJECTIVES:

1. Will complete selected lessons in the JRC Phonics curriculum.
2. Will master the lessons in the JRC Spelling curriculum (definition, spelling; use in a sentence) appropriate to his level with 100% accuracy and fluency as measured as rate correct per minute.
3. Will complete repeated reading exercises utilizing teacher selected material appropriate to his level with 100% accuracy and fluency.
4. Will master a series of vocabulary words appropriate to his level.
5. Will write a paragraph containing fewer than 10 grammatical, spelling and punctuation errors.

### EXPLANATION OF CODING SYSTEM

**METHODS OF MEASUREMENT**
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio(s)
5. Teacher/Provider Observations
6. Performance Assessment Task
7. Check Lists
8. Verbal Expression
9. Other (Specify)

**REPORT OF PROGRESS**
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made; goal not yet met
5. Goal met

**PROGRESS TOWARD GOAL**
A. Anticipate meeting goal
B. Do not anticipate meeting goal (Note reason)
C. Goal met

**REASONS FOR NOT MEETING GOAL**
1. More time needed
2. Excessive absence or tardiness
3. Assignments not completed
4. Other (Specify) _____

A review of your child's educational program occurs every year; please be advised that you have a right to request a review of your child's program at any time.

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Use a Y (Yes) or N (No) in the appropriate column.

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP:

For students who are not anticipated to meet their annual goals and/or promotion criteria; We recommend that the IEP Team be reconvened:

Copy For :   CSE ____   PARENT ____   SCHOOL ____   STUDENT ____   OTHER ____

Page 6:1

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES

CSE Case# 16-12246

reports of progress this school year.

## ANNUAL GOAL:

There will be _____ reports of progress this school year.

____ will develop and demonstrate an improvement in the critical skills for math computation, concepts, and problem solving by participating in a 6th grade math curriculum.

| PROGRESS | Date Mon/Yr. | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:

1. Will master the basic facts in all mathematical operations using precision teaching with 100% accuracy and fluency as measured as rate correct per minute.
2. Will solve word problems regarding monetary amount and coin values with 80% accuracy.
3. Will select and use the appropriate operation to solve word problems.
4. Will add and subtract up to 5 digit numbers, multiply and divide up to 3 digit numbers with a single digit divisor with and without remainders.
5. Will round whole numbers through 100,000
6. Will multiply two-digit numbers with 80% accuracy.

## ANNUAL GOAL:

____ will participate in a 6th grade Science curriculum.

| PROGRESS | Date Mon/Yr. | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:

1. Will learn to describe the relationships among air, water and land on Earth.
2. Will identify ways in which humans have changed their environment and the effects of those changes.
3. Will describe how the structures of plants and animals compliment the environment of the plant or animal.
4. Will develop an understanding of how the sun is an energy source for living and nonliving cycles.

### METHODS OF MEASUREMENT
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio(s)
5. Teacher/Provider observations
6. Performance Assessment, Task
7. Check Lists
8. Verbal Explanation
9. Other (specify) _____

### EXPLANATION OF CODING SYSTEM
REPORT OF PROGRESS
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made, goal not yet met
5. Goal met

PROGRESS TOWARD GOAL
A. Anticipate meeting goal
B. Do not anticipate meeting goal (state reason)
C. Goal met

REASONS FOR NOT MEETING GOAL
1. More time needed
2. Excessive absence or lateness
3. Assignments not completed
4. Other (specify) _____

*While a review of your child's educational program occurs every year please be advised that you have a right to request a review of your child's program at any time.

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|

Use a Y (Yes) or N (No) in the appropriate column.

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP.

For students who are not anticipated to meet their annual goals and/or promotion criteria: We recommend that the IEP Team be reconvened:

Copy For: CSE ____ PARENT ____ SCHOOL ____ STUDENT ____ OTHER ____

Page 6.2

# ANNUAL GOALS AND SHORT-TERM OBJECTIVES

CSE Case# 16-12246

There will be _____ reports of progress this school year.

## ANNUAL GOAL:
will develop an understanding of concepts and skills related to the area of Social Studies.

| PROGRESS | Date Mon/Yr. | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:
1. Will develop an understanding of the geography of the Eastern Hemisphere.
2. Will develop an understanding of the cultures of the US, Canada and Latin America.
3. Will be able to list the main exports of the US, Canada and Latin America.
4. Will read a newspaper article appropriate to his level and discuss the main idea.

## ANNUAL GOAL:
will participate in a Physical Education course.

| PROGRESS | Date Mon/Yr. | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|---|
| Methods of Measurement | | | | | | | | | |
| Report of Progress | | | | | | | | | |
| Progress Toward Annual Goal | | | | | | | | | |
| Reasons for not Meeting Annual Goal | | | | | | | | | |

Other: _____

### SHORT-TERM OBJECTIVES:
1. Will increase his cardiovascular endurance by working on an aerobic machine for no less than 20 minutes.
2. Will engage in various games following rules and demonstrating good sportsmanship.

### EXPLANATION OF CODING SYSTEM

**METHODS OF MEASUREMENT**
1. Teacher Made Materials
2. Standardized Test
3. Class Activities
4. Portfolio
5. Teacher/Provider Observations
6. Performance Assessment Task
7. Check Lists
8. Verbal Explanation
9. Other (Specify)

**REPORT OF PROGRESS**
1. Not applicable during this grading period
2. No progress made
3. Little progress made
4. Progress made; goal not yet met
5. Goal met

**PROGRESS TOWARD GOAL**
A. Anticipate meeting goal
B. Do not anticipate meeting goal (note reason)
C. Goal met

**REASONS FOR NOT MEETING GOAL**
1. More time needed
2. Excessive absence or lateness
3. Assignments not completed
4. Other (Specify) _____

| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th |
|---|---|---|---|---|---|---|---|---|

Use a Y (Yes) or N (No) in the appropriate column.

Within a review of your child's educational program occurs every year your please be advised that you have a right to request a review of your child's program at any time.

The student's performance is approaching his/her promotion criteria as set forth on page 9 of the IEP.

For students who are not anticipated to meet their annual goals and/or promotion criteria: We recommend that the IEP Team be reconvened:

CSE ____ PARENT ____ SCHOOL ____ STUDENT ____ OTHER ____

Copy For: _____

Page 6.3

# SCHOOL ENVIRONMENT AND SERVICE RECOMMENDATIONS

## GENERAL EDUCATION ENVIRONMENT

| Area of Instruction | Languages(s) or Communication mode | Periods per week | Supplementary Aids and Service | Program Modifications and Supports for School Personnel |
|---|---|---|---|---|
|  |  |  |  |  |

## SPECIAL CLASS ENVIRONMENT

| Area of Instruction | Languages(s) or Communication mode | Periods per week | Special Class and Staffing Ratio | Supports | Reasons for Non-Participation in General Education Environment |
|---|---|---|---|---|---|
| ALL | ENGLISH | ALL | 12:1:1 | 24-HOUR RESIDENTIAL PROGRAM FOR ACADEMIC AND SOCIAL AND EMOTIONAL NEEDS. | Terry's behavior interferes with academic progress in a regular education classroom. He requires instruction in a separate placement. Therefore, Terry will not participate in general education classes with non-disabled peers and will not participate in outside activities with students without disabilities while at JRC. |

Copy for: CSE___ PARENT___ SCHOOL___ STUDENT___ OTHER___

# OTHER PROGRAMS/SERVICES CONSIDERED AND REASONS FOR REJECTION

Provide an explanation of the programs/services considered and the reason for rejection. Specify why the student can not achieve the goals of his/her IEP within a general education program with the assistance of supplementary aids and services.

REGULAR GRADES WITH RELATED SERVICE AND A COMMUNITY BASED SPECIAL PROGRAM WITH RELATED SERVICE WERE CONSIDERED, BUT REJECTED BECAUSE ▓'S EMOTIONAL AND BEHAVIORAL NEEDS REQUIRE A MORE RESTRICTIVE EDUCATIONALLY THERAPEUTIC ENVIRONMENT.

**Second Language Instruction:** If the student is exempt from second language instruction, explain why.

▓ IS EXEMPT FROM A SECOND LANGUAGE AS HE DOES NOT HAVE THE SKILLS NECESSARY TO PARTICIPATE IN A SECOND LANGUAGE CURRICULUM AND HAS SIGNIFICANT EDUCATIONAL DEFICITS AND SEVERE BEHAVIORAL DIFFICULTIES.

# PARTICIPATION IN SCHOOL ACTIVITIES, RELATED SERVICE RECOMMENDATIONS AND PARTICIPATIONS IN ASSESSMENTS

## PARTICIPATION IN SCHOOL ACTIVITIES

If the student cannot participate in lunch, assemblies, trips and/or other school activities with non-disabled students, indicate the activity and reason(s) for non-participation.

s behavior interferes with academic progress in a regular education classroom. He requires instruction in a separate placement. Therefore, ___ will not participate in general education classes with non-disabled peers, and will not participate in outside activities with students without disabilities while at JRC.

| Status* | Related Service | Language of service | Location** | Session/ week | Duration | Group size |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

* Indicates status of recommendation: Initiate; Continue; Modify, or Terminate.   ** Indicate whether service is provided outside the general education classroom

## PARTICIPATION IN ASSESSMENTS

☒ The student WILL PARTICIPATE in state and local assessments.   ☐ The student will participate in Alternative Assessment.

☐ Without Accommodations  ☒ With Accommodations   Reason for participation in Alternative Assessment:

Describe accommodations, if any, that will be used consistently throughout the student's educational program:

Extended time (1.5) ............... Directions read and re-read aloud ...............
Small group
Questions read aloud

In addition to Alternative Assessment, describe how the student will be assessed:

Promotion   ☐ Standard Criteria  ☒ Modified Criteria*      Promotion   * Describe the modified promotion criteria
Meet IEP objectives

Copy For:          CSE ___   PARENT ___   SCHOOL ___   STUDENT ___   OTHER ___

CSE Case# 16-12246

# Transition

## LONG-TERM ADULT OUTCOMES
(Beginning at age 14 or younger if appropriate, stating long term outcomes based on the student's preferences, needs and interests.)

Community Integration: ...will integrate into the community with maximum supports....
Post-Secondary Placement: ...will attend a vocational program....
Independent Living: ...will live in a supervised setting....
Employment: ...will learn acceptable behavior to gain employment....

## Diploma Objective
☐ Regents Diploma  ☐ Advanced Regents Diploma  ☐ Local Diploma  ☐ IEP Diploma

Expected High School Completion Date _____  Credits Earned _____  As Of Date _____

## Transition Services
(Required for students 15 years of age and older.)

Instructional Activities _____

Responsible Party: ☐ Parent  ☐ School  ☐ Student  ☐ Agency  _____  ○ Fall ○ Spring ○ Summer

Community Integration _____

Responsible Party: ☐ Parent  ☐ School  ☐ Student  ☐ Agency  _____  ○ Fall ○ Spring ○ Summer

Post High School _____

Responsible Party: ☐ Parent  ☐ School  ☐ Student  ☐ Agency  _____  ○ Fall ○ Spring ○ Summer

Independent Living _____

Responsible Party: ☐ Parent  ☐ School  ☐ Student  ☐ Agency  _____  ○ Fall ○ Spring ○ Summer

☐ Acquisition of Daily Living Skills  ☐ Functional Vocational Assessment  ☐ Needed  ☐ Not Needed
_____

Responsible Party: ☐ Parent  ☐ School  ☐ Student  ☐ Agency

Copy For:  CSE____  PARENT____  SCHOOL____  STUDENT____  OTHER____

Page 10

CSE Case# 16-1224S  DATE OF PLAN

# BEHAVIOR INTERVENTION PLAN

## DESCRIBE THE BEHAVIOR(S) THAT INTERFERE(S) WITH LEARNING

The behaviors that interfere most with ▇'s learning are: aggression, destruction, heath dangerous, noncompliance, major disruptive, educationally and socially interfering, and inappropriate verbal behaviors.

## WHAT BEHAVIOR CHANGES ARE EXPECTED?

The behavior changes that are expected is a deceleration of all problematic behaviors to a low median. JRC expects to bring ▇'s inappropriate behaviors to such a low level that he can benefit from educational activities, participate in community activities, and function in an appropriate social manner with peers and authority figures.

## WHAT STRATEGIES ARE GOING TO BE TRIED TO CHANGE THE BEHAVIOR?

The strategies employed at JRC are as follows: DRO (behavioral contracts) in which ▇ earns highly preferred rewards for meeting a behavioral criteria, verbal praise, token reinforcer/point system, a large reward/arcade lounge, field trips/field day, social opportunities, opportunity for an in-school job, and an independence level system. JRC also employs Alternative Learning Strategies which includes a progression of class/residential moves depending upon ▇'s behavioral progress.

## WHAT SUPPORTS WILL BE EMPLOYED TO HELP THE STUDENT CHANGE THE BEHAVIOR?

▇'s program will be supervised by a psychologist and will be closely monitored by a case manager. He will receive supervision 24 hours per day from educational and residential staff. All of JRC's staff are trained in physical crisis management procedures if needed in an emergency situation. JRC employs court authorized Level III interventions to include the GED (Graduated Electronic Decelerator) and Movement Limitation to treat ▇'s major inappropriate behaviors including aggression, destruction, heath dangerous, noncompliance, and major disruptive behaviors.

Copy For:  CSE ☐  PARENT ☐  SCHOOL ☐  STUDENT ☐  OTHER ☐