

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JANICE BIRNBAUM<br>phone: 212-513-7970<br>fax: 212-788-0940<br>email: jbirnbau@law.nyc.gov |

November 26, 2006

*Via Electronic Transmission and Overnight Delivery*
Hon. Gary L. Sharpe, U.S.D.J.
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, First Floor South
Albany, NY  12207

    Re:  Alleyne v. New York State Education Department; 06 CV 994 (GLS)

Dear Judge Sharpe:

  As Assistant Corporation Counsel with the Law Department of the City of New York, we write concerning a subpoena issued to Claudia Block by Meredith Savitt, Esq., plaintiffs' counsel. Ms. Block is an employee of the City of New York and is appointed to a position with the New York City Department of Education. Ms. Birnbaum is assigned to represent Ms. Block in connection with the subpoena, which requests Ms. Block's deposition and the production of certain categories of documents. We write to request an extension to December 3, 2007, of the period within which Ms. Block may move to have the subpoena quashed and/or limited. This extension is requested to enable Ms. Birnbaum to discuss the scope of the subpoena with Ms. Savitt, with the goal of obviating the need for the Court's intervention.

  Ms. Savitt has consented to the requested extension. Assistant Attorney General Kelly Munkwitz, counsel to Defendant New York State Education Department, has also consented to this request. It is Ms. Block's first request for such an extension.

            Respectfully,

            /s/
            Janice Birnbaum (JB 9538)
            Assistant Corporation Counsel

            /s/
            James Lemonedes (JL 8593)
            Assistant Corporation Counsel

cc: Meredith Savitt, Esq.
   Kelly Munkowitz, Esq.

**SO ORDERED:**

*Gary L. Sharpe*
U.S. District Judge
Date: 11/28/07