

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

Andrew M. Cuomo
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: 518-486-4603

January 22, 2008

**Via Electronic Filing**
Honorable Gary L. Sharpe
United States District Judge
United States District Court
James T. Foley U.S. Courthouse
440 Broadway, Room 441
Albany, New York 12207

Re:   *Alleyne et al v NYS Education Department et al*
      Northern District of New York
      06-CV-994 (GLS/RFT)

Dear Judge Sharpe:

By this letter, I respectfully request an extension of the discovery deadline in this matter to March 8, 2008. The primary reason for the request is that I am scheduled for a Title VII jury trial in Utica, starting on February 11, 2008. I cannot adequately prepare for trial and complete discovery in this matter. Counsel for plaintiffs consents to this request.

The parties have been working diligently on completing depositions. Most have been scheduled or conducted to date. I am awaiting paper discovery from plaintiffs in order to proceed with the depositions of JRC staff in Boston. Should the Court grant this request, those depositions can be scheduled for the first week in March. The remainder of the outstanding depositions can be completed in February.

I additionally request a two-week extension of time within which to submit our expert report. I make this request based upon the time constraints of the experts.

Finally, should the Court grant my requests, I request that all outstanding deadlines be modified to incorporate the extensions.

Honorable Gary L. Sharpe
January 22, 2008
Page 2

    The Court's attention to this matter is appreciated.

                                Respectfully,

                                /s/ Kelly L. Munkwitz

                                Kelly L. Munkwitz
                                Assistant Attorney General
                                Bar Roll No. 509910
                                Kelly.Munkwitz@oag.state.ny.us

cc:    Jeffrey J. Sherrin, Esq. (via electronic filing)
       O'Connell and Aronowitz, P.C.
       54 State Street
       Albany, New York 12207

       Meredith Savitt, Esq. (via electronic filing)
       Law Office of Meredith Savitt, P.C.
       126 State Street
       Albany, New York 12207

       Michael P. Flammia, Esq. (via electronic filing)
       Eckert Seamans Cherin & Mellott, LLC
       One International Place, 18th Floor
       Boston, MA 02110

SO ORDERED:

/s/ Gary L. Sharpe
U.S. District Judge
Date: 1/28/08