UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JEANETTE ALLEYNE, *et al.*,

                Plaintiffs,

-against-                                  No. 1:06-CV-994 (GLS)

NEW YORK STATE EDUCATION DEPARTMENT, *et al.*,

                Defendants.

_____

## <u>STIPULATION OF VOLUNTARY DISMISSAL</u>

       IT IS HEREBY STIPULATED AND AGREED by and between the parties through their
respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to FED.
R. CIV. P. 41(a)(1)(A)(ii).  The parties further agree that each party shall bear its own attorneys'
fees, costs, and expenses in connection with this action.

Date:  July 10, 2017

Attorneys for PLAINTIFFS:


/S/ Michael P. Flammia

Michael P. Flammia (Bar Roll No. 106355)

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Two International Place, 16th Floor

Boston, MA 02110

617.342.6800


Jeffrey J. Sherrin (Bar Roll No. 102601)

O'Connell and Aronowitz, P.C.

54 State Street

Albany, New York 12207-2501

518.462.5601


Meredith H. Savitt (Bar Roll No. 601191)

Law Office of Meredith Savitt, P.C.

636 Delaware Avenue

Delmar, New York 12054

518.475.9844


Attorney for DEFENDANTS:


/S/ Kelly L. Munkwitz

Kelly L. Munkwitz (Bar Roll No. 509910)

Office of the Attorney General of

the State of New York

The Capitol

Albany, NY 12224-0341

518.486.4603

**SO ORDERED.**


July __, 2017
Albany, New York

_____
Gary L. Sharpe
Senior Judge
U.S. District Court