UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEANETTE ALLEYNE, *et al.*,

        Plaintiffs,

-against-                                       No. 1:06-CV-994 (GLS)

NEW YORK STATE EDUCATION DEPARTMENT, *et al.*,

        Defendants.

---

## **STIPULATION OF VOLUNTARY DISMISSAL**

        WHEREAS this action was brought by the parents and guardians, who are not incompetent, on behalf of their children, who are no longer infants, and the children are no longer in need of the relief sought in this action.

        IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The parties further agree that each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Date:   July 25, 2017                    Attorneys for PLAINTIFFS:


/S/ Michael P. Flammia
Michael P. Flammia (Bar Roll No. 106355)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110
617.342.6800

Jeffrey J. Sherrin (Bar Roll No. 102601)
O'Connell and Aronowitz, P.C.
54 State Street
Albany, New York 12207-2501
518.462.5601

Meredith H. Savitt (Bar Roll No. 601191)
Law Office of Meredith Savitt, P.C.
636 Delaware Avenue
Delmar, New York 12054
518.475.9844


Attorney for DEFENDANTS:


/S/ Kelly L. Munkwitz
Kelly L. Munkwitz (Bar Roll No. 509910)
Office of the Attorney General of
the State of New York
The Capitol
Albany, NY 12224-0341
518.486.4603

For good cause shown, the court dispenses with any New York State requirement for infant/incompetent settlements imposed by Local Rule 17.1(a).

**SO ORDERED.**

July 27, 2017
Albany, New York

Gary L. Sharpe
Senior Judge
U.S. District Court